IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANACLETO HERRERA,<br>   *Plaintiff*, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:24-CV-875-BJ |
| AMGUARD INSURANCE COMPANY,<br>   *Defendant*. | § § § § | |

## FINAL JUDGMENT

On March 25, 2025, the parties' filed a Joint Stipulation of Dismissal [doc. 23]. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED March 25, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE